No. 126.  NATIONAL LABOR RELATIONS BOARD v. AMERICAN NATIONAL INSURANCE Co.  C. A. 5th Cir.  Certio-

rari granted. *Solicitor General Perlman* for petitioner. *M. L. Cook* for respondent.